# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**TODY MATEO RODRIGUEZ,**
      Plaintiff,

vs.                                                      5:23-cv-1496
                                                          (MAD/CFH)

**COMMISSIONER OF SOCIAL SECURITY,**
      Defendant.

_____

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this matter is **REVERSED and REMANDED** to the Commissioner for further administrative proceedings pursuant to sentence four of 42, U.S.C. § 405(g), and it is further **ORDERED** that the within matter, be and hereby is, **DISMISSED** all pursuant to the Stipulation for Remand entered by the Honorable Judge Mae A. D'Agostino on the 3rd day of September, 2024.

DATED: September 3, 2024

*[signature]*
Clerk of Court

                                              s/Britney Norton
                                              Britney Norton
                                              Deputy Clerk